AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

ENRIQUE VILLEGAS-CAMACHO,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:06-cv-0072-JCM-RAM**

DON HELLING, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY.


   March 23, 2009                                           **LANCE S. WILSON**
                                                                    Clerk


                                                                /s/ Kalani Lizares
                                                                  Deputy Clerk