UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ENRIQUE VILLEGAS-CAMACHO,           )
                                    )
            Petitioner,             )       3:06-cv-0072-JCM-RAM
                                    )
vs.                                 )       **ORDER**
                                    )
DON HELLING, *et al.*,              )
                                    )
            Respondents.            )
_____/

       This closed action is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On March 23, 2009, the court entered an order denying the petition in its entirety. (Docket #31). Judgment was entered that same date. (Docket #32).

       Several months after the entry of judgment, petitioner filed a "motion for deportation." (Docket #33). Respondents opposed the motion. (Docket #34). Petitioner has not presented the court with any authority upon which to grant his motion.

       **IT IS THEREFORE ORDERED** that petitioner's "motion for deportation" (Docket #33) is **DENIED.**

       DATED this 14th day of July, 2010.

                                    _____
                                    UNITED STATES DISTRICT JUDGE